Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, California 90038
Telephone: (323) 464-7400
Facsimile: (323) 464-7410

*Attorneys for Plaintiff Guru Denim, Inc.
dba True Religion Brand Jeans*

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation dba TRUE RELIGION BRAND JEANS,<br><br>           Plaintiff,<br>     vs.<br>EUROSTAR BRANDS, INC., a California Corporation dba WAREHOUSE SHOE SALE; and DOES 1-10, inclusive,<br><br>           Defendants. | CASE NO. CV 08-5503 PA (CTx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |
| EUROSTAR BRANDS, INC.,<br><br>           Counterclaimant,<br>     vs.<br>GURU DENIM, INC. dba TRUE RELIGION BRAND JEANS,<br><br>           Counter-Defendant. | |

1    **IT IS HEREBY ORDERED** that (1) all of Plaintiff's claims in this action are
2    dismissed with prejudice; (2) all of Defendant's counterclaims in this action are
3    dismissed with prejudice; (3) each party shall bear its own attorneys' fees and costs
4    this associated with this action; and (4) the jurisdiction of this Court will be retained
5    for purposes of enforcing the parties' settlement agreement entered with regards to this
6    action.

8    DATED:    June 8, 2009                    _____
                                                Honorable Percy Anderson
9                                               **United States District Judge**